THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY WALTER MATZEN, JR., individually,

                Plaintiff,

  v.

BLAZER FISHING, INC.,

                Defendant.

Case No. 3:23-cv-05192-TMC

**ORDER GRANTING STIPULATED MOTION TO AMEND CERTAIN DEADLINES**

THIS MATTER having come before the above-entitled Court on the parties' Stipulated Motion to Extend Certain Deadlines, and the Court having considered the Motion and the record:

IT IS ORDERED, ADJUDGED AND DECREED that the stipulated motion is GRANTED and further orders the following deadlines to be amended as follows:

The parties stipulate and request the court to move the following deadlines:

| Event | Current Date | Proposed Date |
|---|---|---|
| Mediation per LCF 39.1 | March 14, 2024 | March 27, 2024 |
| All motions *in limine* filed by | April 8, 2024 | April 22, 2024 |

ORDER GRANTING STIPULATED
MOTION TO AMEND CERTAIN DEADLINES - 1
Case No. 3:23-cv-05192-TMC

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1.
2.
3.   DATED this 2nd day of January, 2024.
4.
5.                                                     _____
                                                    Tiffany M. Cartwright
6.                                                  United States District Court Judge
7.
8. Presented by:
9. HOLMES WEDDLE & BARCOTT, P.C.
10.
       /s/ Svetlana P. Spivak
11.  Svetlana P. Spivak, WSBA #30478
     3101 Western Ave, Suite 500
12.  Seattle, WA 98121
     Phone: 206-292-8008
13.  Fax: 206-340-0289
14.  Email: sspivak@hwb-law.com
     *Attorneys for Defendant*
15.
16.  STACEY & JACOBSEN, PLLC
17.
     By:     /s/ Joseph S. Stacey
18.  Joseph S. Stacey, WSBA #12840
     jstacey@maritimelawyer.us
19.  James P. Jacobsen, WSBA #16331
     jjacobsen@maritimelawyer.us
20.  Nigel T. Stacey, WSBA #55458
     nstacey@maritimelawyer.us
21.  4039 21st Avenue W, Suite 401
     Seattle, WA 98199
22.  Phone:  206.282.3100
     Attorneys for Plaintiff
23.
24.
25. G:\8333\34032\Pleading\Drafts\prop order re mediation deadline.docx

26. ORDER GRANTING STIPULATED
    MOTION TO AMEND CERTAIN DEADLINES - 2
    Case No. 3:23-cv-05192-TMC