*The Honorable Tiffany M. Cartwright*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY WALTER MATZEN, JR., individually,<br><br>Plaintiff,<br><br>v.<br><br>BLAZER FISHING, INC.,<br><br>Defendant. | No. 3:23-cv-05192-TMC<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

### STIPULATION FOR ORDER OF DISMISSAL

COMES NOW the parties in this action, by and through their attorneys, agree and hereby stipulate that all claims in this matter have been fully resolved, and that this matter shall be dismissed with prejudice, and without costs or fees to any party.

//

//

STIP FOR ORDER OF DISMISSAL - 1

1  DATED this 31st day of May, 2024.

2

3  STACEY & JACOBSEN, PLLC                    HOLMES WEDDLE & BARCOTT, P.C.

4                                             /s/ Svetlana P. Spivak_____

5  By: _____       Svetlana P. Spivak, WSBA #30478
   Nigel T. Stacey, WSBA #55458               sspivak@hwb-law.com
6  nstacey@maritimelawyer.us                  3101 Western Ave, Suite 500
   Joseph S. Stacey, WSBA #12840              Seattle, WA 98121
7  jstacey@maritimelawyer.us                  Phone: 206-292-8008
   James P. Jacobsen, WSBA #16331             *Attorneys for Defendant*
8  jjacobsen@maritimelawyer.us
   4039 21st Avenue W, Suite 401
9  Seattle, WA 98199
   Phone:  206.282.3100
10 *Attorneys for Plaintiff*

**STIP FOR ORDER OF DISMISSAL** - 2

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Svetlana P. Spivak, Esq., WSBA #30478
Holmes Weddle & Barcott
3101 Western Avenue, Suite 500
Seattle, WA 98121
Attorney for Defendant

                                      */s/ Cindy D. Pentecost*
                                      Cindy D. Pentecost, Paralegal

**STIP FOR ORDER OF DISMISSAL** - 3

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

*The Honorable Tiffany M. Cartwright*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY WALTER MATZEN, JR., individually,<br><br>       Plaintiff,<br><br> v.<br><br>BLAZER FISHING, INC.,<br><br>       Defendant. | No. 3:23-cv-05192-TMC<br><br>**ORDER OF DISMISSAL** |

### ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED that this case shall be and hereby is dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

DATED this __31st__ day of ____May_____, 2024.

_____
Tiffany M. Cartwright
United States District Judge

**ORDER OF DISMISSAL** - 1

Presented by:

STACEY & JACOBSEN, PLLC

By: _____
Nigel T. Stacey, WSBA No. 55458
nstacey@maritimelawyer.us
Joseph S. Stacey, WSBA No. 12840
jstacey@maritimelawyer.us
James P. Jacobsen, WSBA No. 16331
jjacobsen@maritimelawyer.us
4039 21st Avenue W, Suite 401
Seattle, WA 98199
Phone: 206.282.3100
Attorneys for Plaintiff


HOLMES WEDDLE & BARCOTT, P.C.


/s/ Svetlana P. Spivak_____
Svetlana P. Spivak, WSBA #30478
sspivak@hwb-law.com
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
*Attorneys for Defendant*

**ORDER OF DISMISSAL** - 2

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100